# U.S. ex rel. FREEDMAN V. BAYADA, ET AL.
# U.S. DISTRICT COURT, D.N.J.
# 3:19-cv-18753-FLW-ZNQ

# RELATOR'S RESPONSE TO DEFENDANTS' MOTION FOR FEES AND COSTS

# EXHIBIT A

# GILMORE & MONAHAN

A PROFESSIONAL CORPORATION
COUNSELLORS AT LAW
ALLEN STREET PROFESSIONAL CENTER
TEN ALLEN STREET
P.O. BOX 1540
TOMS RIVER, NEW JERSEY 08754
(732) 240-6000

Fax (732) 244-1840
E-mail: grg@gm-law.net

GEORGE R. GILMORE
THOMAS E. MONAHAN·
· Certified Civil Trial Attorney

STEPHEN K. FORAN
JEAN L. CIPRIANI
MICHAEL J. GILMORE
DAVID R. LEAHY
JARED J. MONACO
LAUREN R. STAIGER
ROBIN LA BUE
MARY M. MCCUDDEN

March 5, ~~February 24~~, 2011

David Freedman
Bayada Home Health Care, Inc.

Re:   Ocean County Health Care

Dear Mr. Freedman:

This letter is to confirm this firm will represent Bayada Home Health Care, Inc. in regard to its endeavor to contract with Ocean County Board of Health to ~~provide~~ acquire their Home Health Care ~~Services~~. Agency.

As agreed, our hourly rate for representing you in this matter is $400.00 per hour for partners and $275.00 for associates. The firm will require a $20,000.00 retainer. You will be responsible for all expenses incurred by the firm in regard to this matter.

If you agree with the terms of this engagement letter please sign where indicated below and return to my office with the retainer check. Upon receipt of the signed retainer and retainer check, I would like to schedule a meeting to discuss how we proceed to achieve your goal.

If you have any questions or concerns regarding the contents of this letter, please contact me immediately.

Very truly yours,

GEORGE R. GILMORE
For the Firm

I have reviewed the terms of your representation as outlined above and agree to the same. You are hereby authorized to proceed in this matter.

3/5/12
Date

David Freedman for Bayada Home Health Care, Inc.